UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUEZ J. TUCKER, SF No. 638566,

              Plaintiff,

      v.

LEONG, Deputy Sheriff,

              Defendant(s).

Case No. 26-cv-02206-CRB  (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On May 6, 2026, the post office returned the court's mail to plaintiff as undeliverable. ECF No. 7 at 1. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 6, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California